Case: 1:18-cv-00753-SJD-KLL Doc #: 33-1 Filed: 02/05/19 Page: 1 of 2  PAGEID #: 1135

# Shawnee State University

| | |
|---|---|
| POLICY TITLE: | NON-DISCRIMINATION/ SEXUAL HARASSMENT POLICY |
| POLICY NO. : | 5.01REV |
| ADMIN CODE: | 3362-5-02 |
| PAGE NO.: | 1 OF 2 |
| EFFECTIVE DATE: | 10/14/16 |
| NEXT REVIEW DATE: | 10/2019 |
| RESPONSIBLE OFFICER(S): | VPFA & VPEMSA |
| APPROVED BY: | BOARD OF TRUSTEES |

1.0 POLICY PURPOSE

    1.1    Shawnee State University is committed to having an educational and working environment for students and employees that is without unlawful or prohibited discrimination and harassment.

    1.2    This policy serves to ensure that there are University structures and processes in place that prohibit discrimination against any individual because of race, color, genetic information, religion, age, disability, national origin, ancestry, sex, pregnancy, sexual orientation, gender identity, veteran status or military status.

2.0 UNIVERSITY RESOURCES AND PROCESSES

    2.1    The University will have processes and resources in place to protect students, employees and visitors from prohibited discrimination and harassment and to ensure the following:

        2.1.1   Compliance with applicable state and federal laws that address discrimination and harassment;

        2.1.2   Complaints of discrimination and harassment are adequately reviewed and resolved; and

        2.1.3   Training and education, designed to prevent discrimination and harassment, is conducted throughout the University.

    2.2    There will be University employees who have the requisite authority and responsibility to ensure compliance with laws and University policies and procedures that address discrimination.

        2.2.1   There will be a Title IX Coordinator and deputy coordinators who have overall responsibility for matters addressing sexual harassment and sexual misconduct. The Title IX officers will have responsibility to ensure that the University has clear processes in place for sexual harassment complaints

**V. Compl. Ex. 01 at 001**

from students, employees and visitors; and that sexual harassment and sexual misconduct complaints are appropriately investigated and resolved.

    2.2.2 There will be at least one Coordinator for disability issues whose responsibility will be to address allegations of discrimination based upon disability, to ensure compliance with applicable state and federal laws and related University policies and procedures, and to review and appropriately respond to accommodation and access requests for students, employees and visitors.

2.3 There will be a system(s) in place to track all reports and complaints of discrimination. An annual report shall be prepared that documents the number and type of discrimination complaints and reports filed with the University within the previous year, along with the resulting resolution or outcome.

## 3.0 PROCEDURES

3.1 There will be procedures in place, approved by the President, to amplify this policy. Such procedures will include, but not be limited to, the following topics or areas:

    3.1.1 Sexual harassment that applies to students, employees and visitors that includes definitions and identifies forms of sexual harassment and misconduct, and addresses consent and consensual relationships, and consideration of the classroom and instructional settings;

    3.1.2 Disability procedure(s) that applies to students, employees and visitors and addresses equal access to University programs, activities and services and process(es) for reasonable accommodations;

    3.1.3 An investigation and complaint procedure(s) that addresses a clear process for initiating a complaint of prohibited discrimination/ harassment or retaliation that applies to students, employees and visitors, process for notification and reporting, an description of the investigative process, confidentiality, and discipline and other corrective measures.

History
Effective: 09/13/13; Policies 5.02, 5.03 and 5.05 converted to interim procedures
Revised:  10/14/16

Applicable Procedures:  5.01:2 Reporting and Investigating Sexual Assault, Sexual Misconduct & Other Forms of Discrimination
                                     5.01:5 Accommodation for Employees with Disabilities
                                     5.01:6 Accommodation for Students with Disabilities

**V. Compl. Ex. 01 at 002**