IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| NICHOLAS K. MERIWETHER,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF SHAWNEE STATE UNIVERSITY, et al.,<br><br>    Defendants. | Case No: 1:18-cv-00753-SJD<br><br>THE HONORABLE SUSAN J. DLOTT<br><br>THE HONORABLE KAREN L. LITKOVITZ |

ORDER

Having considered the matter, and for good cause shown, the Court hereby GRANTS Plaintiff's Unopposed Motion for Extension of Time to File Objections to the Report & Recommendation and ORDERS that his objections be filed on or before October 3, 2019.

So ordered this 11th day of September, 2019.

_____
THE HONORABLE KAREN L. LITKOVITZ
United States Magistrate Judge

1