IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Nicholas K. Meriwether, | : |
|     Plaintiff, | : Case No. 1:18-cv-753 |
| | : |
| v. | : Judge Susan J. Dlott |
| | : |
| | : Order Granting Extensions of Time and |
| The Trustees of Shawnee State | : an Extension of the Page Limit for |
| University, *et al.*, | : Responses to Plaintiff's Objections |
| | : |
|     Defendants. | : |

This matter is before the Court on the Shawnee State University Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiff's Objections (Doc. 54) and Defendant-Intervenors' Unopposed Motion for Extension of Time to Respond to Plaintiff's Objections (Doc. 55).

On September 5, 2019, Magistrate Judge Litkovitz filed a sixty-two-page Report and Recommendation (Doc. 49) recommending dismissal of the Amended Complaint. Plaintiff received an extension of time from the Court, and then Plaintiff filed their Objections (Doc. 52) on October 3, 2019. Plaintiff's Objections were also more than sixty pages long.

The Shawnee State University Defendants seek an extension of time until October 31, 2019 to file their responsive brief to the Objections and an extension of the page limit up to forty pages. Defendant-Intervenors seek an extension of time until November 14, 2019 to file their responsive brief. No party opposes the extensions of time nor the increased page limit. Accordingly, the Court extends the deadline until November 14, 2019 for both the Shawnee State University Defendants and the Defendant-Intervenors to file responsive briefs to the pending Objections. Additionally, the Court grants the Shawnee State Defendants an extension of the page limit up to forty pages total.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2019.

BY THE COURT:

*Susan J. Dlott*
Susan J. Dlott
United States District Judge