IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nicholas K. Meriwether,  :
  :
    Plaintiff,  :
  : Case Number: 1:18cv753
vs.  :
  : Judge Susan J. Dlott
The Trustess of Shawnee State  :
University, et al.,  :
  :
    Defendants.  :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Report and Recommendation (Doc. 49) is ADOPTED, Meriwether's Objections (Doc. 53) are OVERRULED, and the Motions to Dismiss (Docs. 36, 44) are GRANTED and this action is DISMISSED.

2/12/20                                      RICH NAGEL, CLERK

                                                             S/William Miller
                                                             Deputy Clerk