**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **NICHOLAS K. MERIWETHER**, *Plaintiff,* v. **THE TRUSTEES OF SHAWNEE STATE UNIVERSITY**, *et al.*, *Defendants.* | Case No: 1:18-cv-00753-SJD **THE HONORABLE SUSAN J. DLOTT** **THE HONORABLE KAREN L. LITKOVITZ** |

**NOTICE OF APPEAL**

Notice is hereby given that Dr. Nicholas Meriwether, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order Adopting Report and Recommendation, Doc. 60, Feb. 12, 2020, which granted Defendants' and Defendant-Intervenor's motions to dismiss this case; the accompanying Judgment, Doc. 61, Feb. 12, 2020; and the Report and Recommendation, Doc. 49, Sept. 5, 2019, which recommended granting those motions.

Respectfully submitted this the 12th day of March, 2020,

*/s/ Travis C. Barham*

DAVID A. CORTMAN*
Georgia Bar No. 188810
TRAVIS C. BARHAM*
Arizona Bar No. 024867
Georgia Bar No. 753251
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Rd. NE, Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
dcortman@ADFlegal.org
tbarham@ADFlegal.org

THOMAS W. KIDD, JR.
Ohio Bar No. 0066359
**KIDD & URLING, LLC**
8913 Cincinnati-Dayton Road
West Chester, Ohio 45069
Telephone: (513) 733–3080
Facsimile: (513) 577–7393
tkidd@kiddurlinglaw.com

TYSON C. LANGHOFER*
Arizona Bar No. 032589
JONATHAN M. LARCOMB*
Virginia Bar No. 47274
**ALLIANCE DEFENDING FREEDOM**
440 1st Street, NW, Ste. 600
Washington, D.C. 20001
Telephone: (202) 393–8690
Facsimile: (202) 347–3622
tlanghofer@ADFlegal.org
jlarcomb@ADFlegal.org

* Admitted *pro hac vice.*

*Attorneys for Plaintiff*

## C<span></span>ERTIFICATE OF S<span></span>ERVICE

I hereby certify that on the 12th day of March, 2020, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following attorneys of record:

> RORY P. CALLAHAN
> Principal Assistant Attorney General
> Employment Law Section
> ANNA M. SEIDENSTICKER
> Principal Assistant Attorney General
> Employment Law Section
> 30 East Broad Street, 23rd Floor
> Columbus, Ohio 43215
> Telephone: (614) 644–7257
> Facsimile: (614) 752–4677
> Rory.Callahan@ohioattorneygeneral.gov
> Anna.Seidensticker@ohioattorneygeneral.gov
> elsreview@ohioattorneygeneral.gov

> HANNAH STONEBURNER
> Associate Assistant Attorney General
> Education Section
> 30 East Broad Street, 16th Floor
> Columbus, Ohio 43215
> Telephone: (614) 644–7250
> Facsimile: (614) 644–7634
> Hannah.Stoneburner@ohioattorneygeneral.gov

> *Attorneys for Defendants*

> ADAM G. UNIKOWSKY
> JENNER & BLOCK LLP
> 1099 New York Avenue, NW
> Suite 900
> Washington, DC 20001
> Telephone: (202) 639–6000
> Facsimile: (202) 639–6066
> aunikowsky@jenner.com

> SHANNON P. MINTER
> ASAF ORR
> CHRISTOPHER F. STOLL
> NATIONAL CENTER FOR LESBIAN RIGHTS
> 870 Market Street Suite 370
> San Francisco, California 94102
> Telephone: (415) 392–6257
> Facsimile: (415) 392–8442
> sminter@nclrights.org
> aorr@nclrights.org
> cstoll@nclrights.org

> *Attorneys for Defendant-Intervenors*

Respectfully submitted on this the 12th day of March, 2020.

                                                  */s/ Travis C. Barham*
                                                  TRAVIS C. BARHAM
                                                  *Attorney for Plaintiffs*