No. 20-3289

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
May 18, 2021
DEBORAH S. HUNT, Clerk

NICHOLAS K. MERIWETHER,

    Plaintiff-Appellant,

v.

FRANCESCA HARTOP, JOSEPH WATSON, SCOTT WILLIAMS, DAVID FURBEE, SONDRA HASH, ROBERT HOWARTH, GEORGE WHITE, AND WALLACE EDWARDS, TRUSTEES OF SHAWNEE STATE UNIVERSITY, IN THEIR OFFICIAL CAPACITIES; JEFFREY A. BAUER, ROBERTA MILLIKEN, JENNIFER PAULEY, TENA PIERCE, DOUGLAS SHOEMAKER, AND MALONDA JOHNSON, IN THEIR OFFICIAL CAPACITIES,

    Defendants-Appellees,

JANE DOE; SEXUALITY AND GENDER ACCEPTANCE,

    Intervenors-Appellees.

O R D E R

**BEFORE:** McKEAGUE, THAPAR, and LARSEN, Circuit Judges.

Upon consideration of the motions of Trevor Project, Inc. and American Association of Suicidology, AMA, American Academy of Pediatrics and National Association of Social Workers, and Aaron Tang and 100 other professors for leave to file a brief as amici curiae in support of the petition for rehearing en banc,

    It is ORDERED that the motions are GRANTED.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 18, 2021

Ms. Shireen Barday
Mr. Alvin Lee
Mr. Henry Ben-Heng Liu

      Re: Case No. 20-3289, *Nicholas Meriwether v. Francesca Hartop, et al*
           Originating Case No.: 1:18-cv-00753

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                       Sincerely yours,

                                       s/Beverly L. Harris
                                       En Banc Coordinator
                                       Direct Dial No. 513-564-7077

cc: Ms. Deborah Ann Ausburn
    Ms. Elizabeth Baia
    Mr. Travis C. Barham
    Mr. Gerard V. Bradley
    Ms. Jennifer L. Branch
    Mr. Matthew J. Burkhart
    Mr. John J. Bursch
    Ms. Jennifer C. Chavez
    Mr. David Andrew Cortman
    Mr. Alphonse A. Gerhardstein
    Mr. William Isasi
    Mr. Paul R. Kerridge
    Mr. Thomas W. Kidd Jr.
    Mr. Tyson Charles Langhofer

Mr. Cortlin Hall Lannin
Mr. Gary McCaleb
Mr. Shannon Price Minter
Mr. Richard W. Nagel
Mr. Asaf Orr
Mr. Christopher F. Stoll
Mr. Christopher L. Thacker
Mr. Adam G. Unikowsky
Ms. Jean Veta
Ms. Kristen K. Waggoner
Mr. Randall L. Wenger

Enclosure