# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 16, 2021

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re:  Case No. 20-3289, *Nicholas Meriwether v. Francesca Hartop, et al*
Originating Case No. 1:18-cv-00753

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Gretchen S. Abruzzo, Case Manager for
Roy Ford, Case Manager
Direct Dial No. 513-564-7016

cc: Ms. Deborah Ann Ausburn
   Ms. Elizabeth Baia
   Ms. Shireen Barday
   Mr. Travis C. Barham
   Mr. Gerard V. Bradley
   Ms. Jennifer L. Branch
   Mr. Matthew J. Burkhart
   Mr. John J. Bursch
   Mr. Paul David Castillo
   Ms. Jennifer C. Chavez
   Mr. David Andrew Cortman
   Mr. Alphonse A. Gerhardstein

Mr. William Isasi
Mr. Paul R. Kerridge
Mr. Thomas W. Kidd Jr.
Mr. Tyson Charles Langhofer
Mr. Cortlin Hall Lannin
Mr. Alvin Lee
Mr. Henry Ben-Heng Liu
Mr. Gary McCaleb
Mr. Shannon Price Minter
Mr. Asaf Orr
Mr. Christopher F. Stoll
Ms. Camilla B. Taylor
Mr. Christopher L. Thacker
Mr. Adam G. Unikowsky
Ms. Jean Veta
Ms. Kristen K. Waggoner
Mr. Randall L. Wenger

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-3289

_____

Filed: July 16, 2021

NICHOLAS K. MERIWETHER

    Plaintiff - Appellant

v.

FRANCESCA HARTOP, Trustee of Shawnee State University; JEFFREY A. BAUER, in his official capacity; ROBERTA MILLIKEN, in her official capacity; JENNIFER PAULEY, in her official capacity; TENA PIERCE, in her official capacity; DOUGLAS SHOEMAKER; MALONDA JOHNSON, in her official capacity; JOSEPH WATSON, Trustee of Shawnee State University; SCOTT WILLIAMS, Trustee of Shawnee State University; DAVID FURBEE, Trustee of Shawnee State University; SONDRA HASH, Trustee of Shawnee State University; ROBERT HOWARTH, Trustee of Shawnee State University; GEORGE WHITE, Trustee of Shawnee State University; WALLACE EDWARDS, Trustee of Shawnee State University

    Defendants - Appellees

JANE DOE; SEXUALITY AND GENDER ACCEPTANCE

    Intervenor Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 03/26/2021 the mandate for this case hereby issues today.

COSTS: None