**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **NICHOLAS K. MERIWETHER**, *Plaintiff*, v. **THE TRUSTEES OF SHAWNEE STATE UNIVERSITY**, *et al.*, *Defendants*. | Case No: 1:18-cv-00753-SJD **THE HONORABLE SUSAN J. DLOTT** |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL**

Pursuant to S.D. Ohio Civ. R. 83.4(d), please take notice that Jonathan Larcomb hereby withdraws as co-counsel of record for the Plaintiff in the above-referenced action. Mr. Larcomb has undergone a change in employment status which renders him ineligible to continue to represent the Plaintiff in this matter. This withdrawal is made with the client's knowledge and consent. Travis C. Barham, David C. Cortman, Tyson C. Langhofer, and Thomas W. Kidd, Jr. will remain as counsel for the Plaintiff.

Respectfully submitted this 17th day of August, 2021,

*/s/ Travis C. Barham*

DAVID A. CORTMAN*
Georgia Bar No. 188810
TRAVIS C. BARHAM*
Arizona Bar No. 024867
Georgia Bar No. 753251
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Rd. NE, Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
dcortman@ADFlegal.org
tbarham@ADFlegal.org

THOMAS W. KIDD, JR.
Ohio Bar No. 0066359
**KIDD & URLING, LLC**
8913 Cincinnati-Dayton Road
West Chester, Ohio 45069
Telephone: (513) 733–3080
Facsimile: (513) 577–7393
tkidd@kiddurlinglaw.com

TYSON C. LANGHOFER*
Virginia Bar No. 95204
**ALLIANCE DEFENDING FREEDOM**
20116 Ashbrook Place, Ste. 250
Ashburn, Virginia 20147
Telephone: (571) 707–4655
Facsimile: (571) 707–4656
tlanghofer@ADFlegal.org

* Admitted *pro hac vice*

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of August 2021, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following attorneys of record:

RORY P. CALLAHAN
Principal Assistant Attorney General
Employment Law Section
ANNA M. SEIDENSTICKER
Principal Assistant Attorney General
Employment Law Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Telephone:  (614) 644–7257
Facsimile:   (614) 752–4677
Rory.Callahan@ohioattorneygeneral.gov
Anna.Seidensticker@ohioattorneygeneral.gov
elsreview@ohioattorneygeneral.gov

BENJAMIN G. STEWART
PAUL R. KERRIDGE
Keating Muething & Klekamp PPL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579-6400
Facsimile:  (513) 579-6457
bgstewart@kmklaw.com
pkerridge@kmklaw.com

*Attorneys for Defendants*

ADAM G. UNIKOWSKY
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Telephone:  (202) 639–6000
Facsimile:  (202) 639–6066
aunikowsky@jenner.com

SHANNON P. MINTER
ASAF ORR
CHRISTOPHER F. STOLL
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street Suite 370
San Francisco, California 94102
Telephone:  (415) 392–6257
Facsimile:  (415) 392–8442
sminter@nclrights.org
aorr@nclrights.org
cstoll@nclrights.or

*Attorneys for Proposed Defendant-Intervenors*

Respectfully submitted on this the 17th day of August 2021.

/s/ *Travis C. Barham*
Travis C. Barham
*Attorney for Plaintiffs*

2