# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Nicholas K. Meriwether,
    Plaintiff(s),

v.

Trustees of Shawnee State University, et al.,
    Defendant(s).

Case No. 1:18-cv-753
(Dlott, J.; Litkovitz, M.J.)

## CALENDAR ORDER

This case shall proceed as follows:

1. Deadline motions for leave to amend pleadings: **October 1, 2021**
   Deadline motions relative to pleadings: **November 1, 2021**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff identify and produce primary expert report(s): **March 1, 2022**
   Defendant identify and produce primary expert report(s): **April 1, 2022**
   Parties disclosure and produce rebuttal expert report(s): **May 1, 2022**
   Parties disclosure of non-expert (fact) witnesses: **December 1, 2022**

3. Discovery deadline: **May 31, 2022**

4. Dispositive motion deadline: **July 15, 2022**

5. Final Pretrial Conference and Jury Trial dates will be set at a later date by Judge Dlott pursuant to her case management schedule.*

Date 8/20/2021

*signature*
Karen L. Litkovitz
United States Magistrate Judge

*The specific dates will be assigned by the District Court

awh    August 20, 2021