**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **NICHOLAS K. MERIWETHER**, *Plaintiff,* <br> v. <br> **THE TRUSTEES OF SHAWNEE STATE UNIVERSITY**, *et al.*, *Defendants.* | Case No: 1:18-cv-00753-SJD-KLL <br><br> **THE HONORABLE SUSAN J. DLOTT** <br><br> **THE HONORABLE KAREN L. LITKOVITZ** |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to the terms of a settlement agreement and FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff and Defendants stipulate to the voluntary dismissal with prejudice of all claims brought in Plaintiff's First Amended Verified Complaint. *See* Pl.'s 1st Am. V. Compl., Doc. 34, Feb. 5, 2019, PageID.1457–1508.

Respectfully submitted this 14th day of April, 2022.

*/s/ Travis C. Barham*
DAVID A. CORTMAN*
Georgia Bar No. 188810
TRAVIS C. BARHAM*
Arizona Bar No. 024867
Georgia Bar No. 753251
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Rd. NE, Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
dcortman@ADFlegal.org
tbarham@ADFlegal.org

TYSON C. LANGHOFER*
Arizona Bar No. 032589
**ALLIANCE DEFENDING FREEDOM**
20116 Ashbrook Place, Suite 250
Ashburn, Virginia 20147
Telephone: (571) 707–4655
Facsimile: (571) 707–4656
tlanghofer@ADFlegal.org

THOMAS W. KIDD, JR.
Ohio Bar No. 0066359
**KIDD & URLING, LLC**

*/s/ Benjamin G. Stewart*
Benjamin G. Stewart (0082638)
Paul R. Kerridge (0092701)
Taylor M. Beckham (0100174)
**KEATING MUETHING & KLEKAMP, PLL**
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579–6400
Facsimile: (513) 579–6457
bgstewart@kmklaw.com
pkerridge@kmklaw.com
tbeckham@kmklaw.com

*Attorneys for Defendants*

8913 Cincinnati-Dayton Road
West Chester, Ohio 45069
Telephone: (513) 733–3080
Facsimile: (513) 577–7393
tkidd@kiddurlinglaw.com

* Admitted *pro hac vice.*

    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2022, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsels of record in this case.

Respectfully submitted on this the 14th day of April, 2022.

*/s/ Travis C. Barham*
Travis C. Barham
*Attorney for Plaintiffs*